**ESSENTIAL SERVICES GROUP**
**555 EIGHTH AVE., SUITE 1901**
**NEW YORK, N.Y. 10018**
**TEL.212-760-2300**
**FAX-212-760-0188**

CHASE

Antoinette Andriano
Legal Specialist II
Legal Department

JPMorgan Chase Bank, N.A.
Legal Papers Served
NY1 A336
One Chase Manhattan, Fl. 20
New York, NY 10005-1401
Telephone: 212 552 3496
Facsimile:  212 552 5043

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT LOWINGER

VS.                            INDEX#08CV3516

GLOBAL CASH ACCESS HOLDINGS, INC., ET AL.

State of New York, County of New York, SS:

JACK JOHNSON, being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and is a resident of New York State.
   On MAY 21/08 AT 12:15P.M. at:
**270 PARK AVE.**
**NEW YORK, N.Y. 10017** Deponent served the annexed:
**SUMMONS IN A CIVIL ACTION**
**CLASS ACTION COMPLAINT,**

on **JP MORGAN SECURITIES, INC.**
by delivering thereat a true copy to ANTOINETTE ANDRIANO (LEGAL DEPT,) personally; Who represented to deponent the (s)he was authorized to accept service of process on behalf of JP MORGAN SECURITIES, INC.

   Deponent describes the individual served as follows:
Sex/Race(skin color): FEMALE/WHITE
Hair/ Approximate Age: BLACK/ 55-65 YRS.
Approximate height/Approximate weight: UNABLE TO DETERMINE / ACCEPTOR WAS SEATED
182/
PS 5.08- -    104
sworn to before me this
22 day May /08

Jack Johnson

JULIUS D. RINGELHEIM
NO. 01RI4987686
QUALIFIED IN QUEENS COUNTY
COMMISSION EXP. 3/23/11
NOTARY PUBLIC STATE OF N.Y.