**ESSENTIAL SERVICES GROUP**
**555 EIGHTH AVE., SUITE 1901**
**NEW YORK, N.Y. 10018**
**TEL.212-760-2300**
**FAX-212-760-0188**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT LOWINGER

VS.                              INDEX#08CV3516

GLOBAL CASH ACCESS HOLDINGS, INC., ET AL.

State of New York, County of New York, SS:

JACK JOHNSON, being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and is a resident of New York State.
   On **MAY 21/08 AT 11:55 A.M. at:**
**ONE NEW YORK PLAZA**
**NEW YORK, N.Y. 10004** Deponent served the annexed:
**SUMMONS IN A CIVIL ACTION**
**CLASS ACTION COMPLAINT,**

on **GOLDMAN SACHS & CO., INC.**
by delivering thereat a true copy to JOANNE COOK (V.P.) personally; Who represented to deponent the (s)he was authorized to accept service of process on beha lf of GOLDMAN SACHS & CO., INC.

   Deponent describes the individual served as follows:
Sex/Race(skin color): female/ white
Hair/ Approximate Age: brown/ 35-45 yrs.
Approximate height/Approximate weight: 5'8"/120 lbs.
182/
PS 5.08- -    103
sworn to before me this
22 day May /08

*Julius D. Ringelheim*

NO. 01RI4987686
QUALIFIED IN QUEENS COUNTY
COMMISSION EXP. 3/23/11
NOTARY PUBLIC STATE OF N.Y.

*Jack Johnson*

Goldman, Sachs & Co.
One New York Plaza | New York, NY 10004
Tel: 212-902-7724 | Fax: 212-428-1585
e-mail: joanne.cook@gs.com

**Joanne Cook**
Vice President
Litigation & Regulatory Proceedings

Goldman Sachs