```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ROBERT LOWINGER,                    x
                                    x    08 Cv. 3516 (SWK)
         Plaintiff                  x
                                    x         ORDER
           -against-                x
                                    x
GLOBAL CASH ACCESS HOLDINGS, INC.,  x
et al.,                             x
                                    x
         Defendants.                x
------------------------------------X
```



**SHIRLEY WOHL KRAM, U.S.D.J.**

WHEREAS the complaint in the above-captioned litigation was filed on April 11, 2008; and

WHEREAS the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i)(II), requires that any motion for appointment of a lead plaintiff be filed no later than 60 days after notice of the pendency of the action is published; and

WHEREAS counsel for six of the eight defendants seeks to file a motion to transfer venue pursuant to 28 U.S.C. § 1404(a);

The Court hereby waives its pre-motion-conference requirement with respect to these two motions. The motion for appointment of a lead plaintiff shall be filed in accordance with the PSLRA. The motion to transfer venue shall be filed as soon as practicable.

SO ORDERED.

_____
SHIRLEY WOHL KRAM
UNITED STATES DISTRICT JUDGE


Dated:   New York, New York
         June 4, 2008