KRAM, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT LOWINGER, Individually and
On Behalf of All Others Similarly Situated,

    Plaintiff,

vs.

GLOBAL CASH ACCESS HOLDINGS,
INC., KIRK SANFORD, KARIM
MASKATIYA, ROBERT CUCINOTTA,
M&C INTERNATIONAL, AND
SUMMIT PARTNERS, L.P., GOLDMAN
SACHS & CO., INC., AND J.P.
MORGAN SECURITIES, INC.,

    Defendants.

No. 08-cv-3516 (SWK) (GWG)

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/08

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties herein, that defendants time to answer, move or otherwise respond to the Class Action Complaint filed on April 11, 2008 (the "Complaint") is extended from June 10, 2008 through and including July 11, 2008. It is further stipulated that if defendants move to dismiss the Complaint, plaintiff's response to such motion(s) shall be due on August 11, 2008 and defendants' reply shall be due on August 29, 2008. This Stipulation is without prejudice to the parties agreeing, subject to Court approval, to a further extension of time if circumstances warrant, including, for example, if lead plaintiff and lead plaintiff's counsel are not appointed by July 11, 2008. No previous requests for an extension have been made.

ny-816748

Dated: New York, New York
June 3, 2008

        MORRISON & FOERSTER LLP

        By: _____
           Joel C. Haims (jhaims@mofo.com)
        1290 Avenue of the Americas
        New York, NY 10104
        Telephone: (212) 468-8238
        Facsimile: (212) 468-7900

        MORRISON & FOERSTER LLP
        Darryl P. Rains*
        Erik J. Olson*
        755 Page Mill Road
        Palo Alto, CA 94304-1018
        Telephone: (650) 813-5600
        Facsimile: (650) 494-0792
        *Not admitted to practice before this Court

        *Attorneys for Defendants Global Cash Access Holdings, Inc., Kirk Sanford, Karim Maskatiya, Robert Cucinotta, M&C International, and Summit Partners, L.P.*


        GIBSON, DUNN & CRUTCHER LLP

        By: S/ James Hallowell
           James Hallowell (jhallowell@gibsondunn.com)
        200 Park Avenue
        New York, NY 10166-0193
        Telephone: (212) 351-2399
        Facsimile: (212) 351-6399

        *Attorneys for Defendants Goldman Sachs & Co. and J.P. Morgan Securities Inc.*

ABRAHAM, FRUCHTER & TWERSKY, LLP

By: /S/ *Jeffrey S. Abraham*
Jeffrey S. Abraham (jabraham@aftlaw.com)
Philip T. Taylor (ptaylor@aftlaw.com)
One Penn Plaza, Suite 2805
New York, NY 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655

*Attorneys for Plaintiff*

SO ORDERED:

_____
Shirley Wohl Kram
U.S.D.J.　　USDJ

Dated: New York, NY
　　　　June 6, 2008