

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT LOWINGER, Individually and
On Behalf of All Others Similarly Situated,

              Plaintiff,

    vs.

GLOBAL CASH ACCESS HOLDINGS,
INC., KIRK SANFORD, KARIM
MASKATIYA, ROBERT CUCINOTTA,
M&C INTERNATIONAL, AND
SUMMIT PARTNERS, L.P., GOLDMAN
SACHS & CO., INC., AND J.P.
MORGAN SECURITIES, INC.,

              Defendants.

No. 08-cv-3516 (SWK) (GWG)

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/08

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties

herein, that defendants time to answer, move or otherwise respond to the Class Action Complaint

filed on April 11, 2008 (the "Complaint") is extended from June 10, 2008 through and including

July 11, 2008. It is further stipulated that if defendants move to dismiss the Complaint,

plaintiff's response to such motion(s) shall be due on August 11, 2008 and defendants' reply

shall be due on August 29, 2008. This Stipulation is without prejudice to the parties agreeing,

subject to Court approval, to a further extension of time if circumstances warrant, including, for

example, if lead plaintiff and lead plaintiff's counsel are not appointed by July 11, 2008. No

previous requests for an extension have been made.

ny-816748

Dated: New York, New York
      June 3, 2008

MORRISON & FOERSTER LLP

By: _____

    Joel C. Haims (jhaims@mofo.com)
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 468-8238
Facsimile: (212) 468-7900

MORRISON & FOERSTER LLP
Darryl P. Rains*
Erik J. Olson*
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
*Not admitted to practice before this Court

*Attorneys for Defendants Global Cash Access
Holdings, Inc., Kirk Sanford, Karim Maskatiya, Robert
Cucinotta, M&C International, and Summit Partners,
L.P.*

GIBSON, DUNN & CRUTCHER LLP

By: 5/ James Hallowell

    James Hallowell (jhallowell@gibsondunn.com)
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-2399
Facsimile: (212) 351-6399

*Attorneys for Defendants Goldman Sachs & Co. and
J.P. Morgan Securities Inc.*

ABRAHAM, FRUCHTER & TWERSKY, LLP

By: S/ Jeffrey S. Abraham

Jeffrey S. Abraham (jabraham@aftlaw.com)
Philip T. Taylor (ptaylor@aftlaw.com)
One Penn Plaza, Suite 2805
New York, NY 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655

*Attorneys for Plaintiff*

SO ORDERED:

Shirley Wohl Kram
U.S.D.J.

Dated: New York, NY
       June 6, 2008