UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
ROBERT LOWINGER, Individually and On Behalf :
of All Others Similarly Situated,                                  :
                                                                   :   No. 08 CV 3516 (SWK)
      Plaintiff,                     :
                                                                   :
  -against-                                              :   **RULE 7.1**
                                                                   :   **DISCLOSURE STATEMENT**
GLOBAL CASH ACCESS HOLDINGS, INC.,                                 :
KIRK SANFORD, KARIM MASKATIYA,                                     :
ROBERT CUCINOTTA, M&C INTERNATIONAL,                               :
SUMMIT PARTNERS, L.P., GOLDMAN SACHS &                             :
CO., INC. and J.P. MORGAN SECURITIES, INC.,                        :
                                                                   :
      Defendants.                    :
------------------------------------------------------------------ x

  Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel certifies that Global Cash Access Holdings, Inc., M&C International, and Summit Partners L.P. (all private non-governmental parties), have no parent corporations and there are no publicly held corporations owning 10% or more of the corporations' stock.

Dated: New York, New York
   June 6, 2008

          MORRISON & FOERSTER LLP

          By: _____
            Joel C. Haims (jhaims@mofo.com)

          1290 Avenue of the Americas
          New York, NY  10104
          Telephone:  (212) 468-8238
          Facsimile:  (212) 468-7900

          MORRISON & FOERSTER LLP
          Darryl P. Rains*
          Erik J. Olson*
          755 Page Mill Road
          Palo Alto, CA  94304-1018
          Telephone:  (650) 813-5600
          Facsimile:  (650) 494-0792
          *Not admitted to practice before this Court
          Attorneys for Defendants Global Cash Access
          Holdings, Inc., Kirk Sanford, Karim Maskatiya,
          Robert Cucinotta, M&C International, and Summit
          Partners, L.P