UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
ROBERT LOWINGER, Individually and On Behalf :
of All Others Similarly Situated,                :
                                                 :
                          Plaintiff,    :   No. 08 CV 3516 (SWK)
    -against-                                 :
                                                 :
GLOBAL CASH ACCESS HOLDINGS, INC.,               :   **NOTICE OF MOTION TO**
KIRK SANFORD, KARIM MASKATIYA,                   :   **TRANSFER VENUE**
ROBERT CUCINOTTA, M&C INTERNATIONAL,             :
SUMMIT PARTNERS, L.P., GOLDMAN SACHS &           :
CO., INC. and J.P. MORGAN SECURITIES, INC.,      :
                                                 :
                Defendants.                  :
------------------------------------------------------------------ x

      PLEASE TAKE NOTICE that upon the accompanying Declaration of Darryl P. Rains, executed on June 5, 2008, the exhibit annexed thereto, and the Memorandum of Law, dated June 6, 2008, the undersigned moves this Court for an Order, pursuant to 28 U.S.C. § 1404(a), to transfer venue to the District of Nevada.

Dated: New York, New York
       June 6, 2008

                                  MORRISON & FOERSTER LLP

                                  By: _____
                                     Joel C. Haims (jhaims@mofo.com)

                                  1290 Avenue of the Americas
                                  New York, NY  10104
                                  Telephone:  (212) 468-8238
                                  Facsimile:  (212) 468-7900

                                  MORRISON & FOERSTER LLP
                                  Darryl P. Rains*
                                  Erik J. Olson*
                                  755 Page Mill Road
                                  Palo Alto, CA  94304-1018
                                  Telephone:  (650) 813-5600
                                  Facsimile:  (650) 494-0792
                                  *Not admitted to practice before this Court
                                  Attorneys for Defendants Global Cash Access
                                  Holdings, Inc., Kirk Sanford, Karim Maskatiya, Robert
                                  Cucinotta, M&C International, and Summit Partners,
                                  L.P