UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

ROBERT LOWINGER, Individually and On Behalf :
of All Others Similarly Situated,                            :
                                                             :
                        Plaintiff,          :          No. 08 CV 3516 (SWK)
                                                             :
        -against-                           :
                                                             :
GLOBAL CASH ACCESS HOLDINGS, INC.,          :          **CERTIFICATE OF SERVICE**
KIRK SANFORD, KARIM MASKATIYA,              :
ROBERT CUCINOTTA, M&C INTERNATIONAL, :
SUMMIT PARTNERS, L.P., GOLDMAN SACHS & :
CO., INC. and J.P. MORGAN SECURITIES, INC., :
                                                             :
                        Defendants.         :

-------------------------------------------------------------------- x

        I, Gino C. Barbera, hereby certify that on Friday, June 6, 2008, true and correct

copies of the Rule 7.1 Disclosure Statement, dated 6/6/08, Notice of Motion to Transfer Venue,

dated 6/6/08, Declaration of Darryl P. Rains, executed on 6/5/08, and Memorandum of Law in

Support of Certain Defendants' Motion to Transfer Venue to the District of Nevada, dated

6/6/08, all in the above captioned proceeding, were served electronically in accordance with the

Federal Rules of Civil Procedure and the SDNY Procedures for Electronic Case Filing, and were

served by mail upon the following:

James Hallowell
Gibson, Dunn & Crutcher
200 Park Avenue
New York, NY  10166-0193

Dated: June 6, 2008
       New York, New York

                                MORRISON & FOERSTER LLP

                                By: _____
                                    Gino C. Barbera (GBarbera@mofo.com)
                                1290 Avenue of the Americas
                                New York, NY  10104
                                Telephone:  (212) 336-4331
                                Facsimile:  (212) 468-7900