Jeffrey S. Abraham
Philip T. Taylor
**ABRAHAM, FRUCHTER & TWERSKY, LLP**
One Penn Plaza, Suite 2808
New York, New York 10119
Telephone: (212) 279-5050
Facsimile:  (212) 279-3655

**Proposed Lead Counsel for Plaintiffs**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- X
:
ROBERT LOWINGER, Individually an On :
Behalf of All Others Similarly Situated, :
:
                 Plaintiff, :    Civil Action No. 08-3516 (SWK)
:
  vs. :
:    ECF Case
GLOBAL CASH ACCESS HOLDINGS, INC., :
KIRK SANFORD, KARIM MASKATIYA, :
ROBERT CUCINOTTA, M&C :    **NOTICE OF MOTION**
INTERNATIONAL, SUMMIT PARTNERS, L.P., :
GOLDMAN SACHS & CO., INC. and J.P. :
MORGAN SECURITIES, INC., :
:
                Defendants. :
:
-------------------------------------------------------------- X

     PLEASE TAKE NOTICE that upon the Declaration of Philip T. Taylor and the accompanying memorandum of law, Plaintiff Robert Lowinger moves this Court pursuant Section 27(a)(3)(B) of the Securities Act of 1933, 15 U.S.C. §77z-1(a)(3)(B), for an order appointing Robert Lowinger as lead plaintiff and for the appointment of Abraham, Fruchter & Twersky, LLP as lead counsel and for such other relief as the Court may deem just and proper.

Dated: June 10, 2008

**ABRAHAM, FRUCHTER & TWERSKY, LLP**

/s/ Philip T. Taylor
--------------------------------
Jeffrey S. Abraham (JA-2964)
Philip T. Taylor (PT-5023)
One Penn Plaza, Suite 2808
New York, New York 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655

**Proposed Lead Counsel for Plaintiffs**