UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
: 
ROBERT LOWINGER, Individually an On :
Behalf of All Others Similarly Situated, :
:
                       Plaintiff, :   Civil Action No. 08-3516 (SWK)
:
vs. :
:   ECF Case
GLOBAL CASH ACCESS HOLDINGS, INC., :
KIRK SANFORD, KARIM MASKATIYA, :
ROBERT CUCINOTTA, M&C :
INTERNATIONAL, SUMMIT PARTNERS, L.P., :
GOLDMAN SACHS & CO., INC. and J.P. :
MORGAN SECURITIES, INC., :
:
                       Defendants. :
:
------------------------------------------------------------ X

## CERTIFICATE OF SERVICE

The undersigned certifies that the following is true under penalty of perjury:

I am a member of the Bars of the State of New York and the United States District Court for the Southern District of New York. I am an attorney with the firm of Abraham, Fruchter & Twersky, LLP, for Plaintiff Robert Lowinger in the above-captioned action. I am over the age of 18 and not a party to this action. I hereby certify that on June 10, 2008 I caused to be served a copy of the following documents:

    (i)    Notice of Motion

    (ii)    Memorandum of Law in Support of Plaintiff Robert Lowinger's Motion: (I) To Be Appointed Lead Plaintiff; and (II) Approving the Selection of the Firm Abraham, Fruchter & Twersky, LLP, as Lead Counsel;

    (iii)    Declaration of Philip T. Taylor.

Upon the counsel listed below via electronic mail and first class mail:

James Hallowell, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Ave.
New York, NY 10166-0193

*Attorneys for Defendants Goldman Sachs & Co. and*
*J.P. Morgan Securities Inc.*

                                                /s/ Philip T. Taylor
                                                Philip T. Taylor