Jay W. Eisenhofer (Bar No. JWE5503)
Michael J. Barry
Jeff A. Almeida
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY  10017
Telephone:   (646) 722-8500
Facsimile:    (646) 722-8501

*Attorneys for City of Richmond Retirement System
 and Proposed Lead Plaintiff for the Class*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *ROBERT LOWINGER,* Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>           v.<br><br>*GLOBAL CASH ACCESS HOLDINGS, INC.*; *KIRK SANFORD*; *KARIM MASKATIYA*; *ROBERT CUCINOTTA*; *M&C INTERNATIONAL*; *SUMMIT PARTNERS, L.P.*; *GOLDMAN SACHS & CO., INC.*; and *JP MORGAN SECURITIES INC.*,<br><br>                              Defendants. | No. 08-CV-3516 (SWK)<br><br>**NOTICE OF MOTION OF CITY OF RICHMOND RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF COUNSEL** |

PLEASE TAKE NOTICE that pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by Section 101(a) of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), City of Richmond Retirement System (hereinafter "Richmond"), respectfully moves this Court, in connection with the securities fraud class action lawsuit filed against Global Cash Access Holdings, Inc.; Kirk Sanford; Karim Maskatiya; Robert Cucinotta; M&C International; Summit Partners, L.P.; Goldman Sachs & Co., Inc.; and JP Morgan Securities Inc., at a date and time to

be determined by the Court, for appointment as Lead Plaintiff and for approval of Richmond's selection of the law firm of Grant & Eisenhofer P.A. as Lead Counsel.

This Motion is supported by the following documents:

(1) Memorandum Of Law In Support Of City of Richmond Retirement System's Motion For Appointment As Lead Plaintiff And For Approval Of Its Selection Of Counsel; and

(2) Declaration of Michael Barry in Support of City of Richmond Retirement System's Motion For Appointment As Lead Plaintiff And For Approval Of Its Selection Of Counsel.

Dated: June 10, 2008

Respectfully submitted,
 s/ Jay W. Eisenhofer
Jay W. Eisenhofer (JWE-5503)
Michael J. Barry
Jeff A. Almeida
GRANT & EISENHOFER P.A.
485 Lexington Avenue
29th Floor
New York, NY  10017
Tel:    (646) 722-8500
Fax:    (646) 722-8501
*Counsel for City of Richmond Retirement System and Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I, Jeff A. Almeida, hereby certify that a copy of the foregoing Notice of Motion of City of Richmond Retirement System for Appointment as Lead Plaintiff and for Approval of its Selection of Counsel was electronically filed and served via the Court's CM/ECF Filing System to all known counsel of record.

Dated: June 10, 2008

_____
Jeff A. Almeida