UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ROBERT LOWINGER, Individually and
On Behalf of All Others Similarly Situated,

           Plaintiff,

 v.

GLOBAL CASH ACCESS HOLDINGS, INC.,
KIRK SANFORD, KARIM MASKATIYA,
ROBERT CUCINOTTA, M&C
INTERNATIONAL, SUMMIT PARTNERS, L.P.,
GOLDMAN SACHS & CO., INC., and J.P.
MORGAN SECURITIES, INC.,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 1:08-cv-03516 (SWK) (GWG)

**ECF CASE**

## **NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that James L. Hallowell, a member of the law firm of Gibson, Dunn & Crutcher LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendants Goldman, Sachs & Co. and J.P. Morgan Securities Inc. in this action and requests that all subsequent papers be served upon him at the address indicated below.

Please add the following to the service list for this proceeding:

  James L. Hallowell, Esq. (jhallowell@gibsondunn.com)
  GIBSON, DUNN & CRUTCHER LLP
  200 Park Avenue, 48th Floor
  New York, NY 10166-0193
  (212) 351-4000 (Telephone)
  (212) 351-4035 (Facsimile)

Dated: New York, New York
       June 12, 2008

                              GIBSON, DUNN & CRUTCHER LLP

                              By: s/ James L. Hallowell

                              James L. Hallowell
                              200 Park Avenue, 48th Floor
                              New York, New York 10166-0193
                              Telephone: (212) 351-4000
                              Facsimile: (212) 351-4035
                              jhallowell@gibsondunn.com

                              *Attorney for Defendants Goldman, Sachs & Co. and J.P. Morgan Securities Inc.*