UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ROBERT LOWINGER, Individually and
On Behalf of All Others Similarly Situated,

           Plaintiff,

  v.

GLOBAL CASH ACCESS HOLDINGS, INC.,
KIRK SANFORD, KARIM MASKATIYA,
ROBERT CUCINOTTA, M&C
INTERNATIONAL, SUMMIT PARTNERS, L.P.,
GOLDMAN SACHS & CO., INC., and J.P.
MORGAN SECURITIES, INC.,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 1:08-cv-03516 (SWK) (GWG)

**ECF CASE**

## **RULE 7.1 DISCLOSURE STATEMENT OF J.P. MORGAN SECURITIES INC.**

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, J.P. Morgan Securities Inc., through its undersigned attorneys, states that it is a wholly-owned subsidiary of JPMorgan Securities Holdings LLC, which is a wholly-owned subsidiary of JPMorgan Chase & Co., a publicly held corporation. No publicly held corporation other than JPMorgan Chase & Co. owns 10 percent or more of the stock of Defendant J.P. Morgan Securities Inc.

Dated: New York, New York
June 12, 2008

                        GIBSON, DUNN & CRUTCHER LLP

                        By: s/ James L. Hallowell

                        James L. Hallowell
                        200 Park Avenue, 48th Floor
                        New York, New York 10166-0193
                        Telephone: (212) 351-4000
                        Facsimile: (212) 351-4035
                        jhallowell@gibsondunn.com

                        *Attorney for Defendants Goldman, Sachs & Co. and J.P. Morgan Securities Inc.*