UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ROBERT LOWINGER, Individually and
On Behalf of All Others Similarly Situated,

          Plaintiff,

 v.

GLOBAL CASH ACCESS HOLDINGS, INC.,
KIRK SANFORD, KARIM MASKATIYA,
ROBERT CUCINOTTA, M&C
INTERNATIONAL, SUMMIT PARTNERS, L.P.,
GOLDMAN SACHS & CO., INC., and J.P.
MORGAN SECURITIES, INC.,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 1:08-cv-03516 (SWK) (GWG)

**ECF CASE**

## **RULE 7.1 DISCLOSURE STATEMENT OF GOLDMAN, SACHS & CO.**

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Goldman, Sachs & Co., through its undersigned attorneys, states that it is not a corporation and is a New York limited partnership. The Goldman Sachs Group, Inc. owns more than 10% of the partnership interests in Goldman, Sachs & Co.

Dated: New York, New York
    June 12, 2008

              GIBSON, DUNN & CRUTCHER LLP

              By: <u>s/ James L. Hallowell</u>

              James L. Hallowell
              200 Park Avenue, 48th Floor
              New York, New York 10166-0193
              Telephone: (212) 351-4000
              Facsimile: (212) 351-4035
              jhallowell@gibsondunn.com
              *Attorney for Defendants Goldman, Sachs & Co. and*
              *J.P. Morgan Securities Inc.*