UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
ROBERT LOWINGER, Individually and
On Behalf of All Others Similarly Situated,

                             Plaintiff,

    v.

GLOBAL CASH ACCESS HOLDINGS, INC.,
KIRK SANFORD, KARIM MASKATIYA,
ROBERT CUCINOTTA, M&C
INTERNATIONAL, SUMMIT PARTNERS, L.P.,
GOLDMAN SACHS & CO., INC., and J.P.
MORGAN SECURITIES, INC.,

                            Defendants.
------------------------------------- x

No. 1:08-cv-03516 (SWK) (GWG)

**ECF CASE**

## NOTICE OF APPEARANCE

    **PLEASE TAKE NOTICE** that Ladan F. Stewart, an associate at the law firm of Gibson, Dunn & Crutcher LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendants Goldman, Sachs & Co. and J.P. Morgan Securities Inc. in this action and requests that all subsequent papers be served upon her at the address indicated below.

    Please add the following to the service list for this proceeding:

        Ladan F. Stewart, Esq. (lstewart@gibsondunn.com)
        GIBSON, DUNN & CRUTCHER LLP
        200 Park Avenue, 48th Floor
        New York, NY 10166-0193
        (212) 351-4000 (Telephone)
        (212) 351-4035 (Facsimile)

Dated: New York, New York
       June 12, 2008

                        GIBSON, DUNN & CRUTCHER LLP

                        By: s/ Ladan F. Stewart

                        Ladan F. Stewart
                        200 Park Avenue, 48th Floor
                        New York, New York 10166-0193
                        Telephone: (212) 351-4000
                        Facsimile: (212) 351-4035
                        lstewart@gibsondunn.com

                        *Attorney for Defendants Goldman, Sachs & Co. and J.P. Morgan Securities Inc.*