UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
: 
ROBERT LOWINGER, Individually an On :
Behalf of All Others Similarly Situated, :
:
Plaintiff, : Civil Action No. 08-3516 (SWK)
:
vs. :
: ECF Case
:
GLOBAL CASH ACCESS HOLDINGS, INC., :
KIRK SANFORD, KARIM MASKATIYA, :
ROBERT CUCINOTTA, M&C :
INTERNATIONAL, SUMMIT PARTNERS, L.P., :
GOLDMAN SACHS & CO., INC. and J.P. :
MORGAN SECURITIES, INC., :
:
Defendants. :
:
------------------------------------------------------------ X

## NOTICE OF AMENDED PLAINTIFF CERTIFICATION

PLEASE TAKE NOTICE that pursuant to the Court's June 18, 2008 Order directing plaintiff Robert Lowinger to submit an amended certification taking into account an expanded class period, attached is the Amended Certification of Plaintiff.

Dated: June 23, 2008

ABRAHAM, FRUCHTER & TWERSKY, LLP

_____
Jeffrey S. Abraham (JA-2946)
Philip T. Taylor (PT-5023)
One Penn Plaza, Suite 2805
New York, New York 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655

**Counsel for Plaintiff Robert Lowinger**

## AMENDED CERTIFICATION OF PLAINTIFF

Robert Lowinger ("plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1. Plaintiff reviewed the complaint prepared by counsel in the *Lowinger v. Global Cash Access Holdings, Inc.*, 08-CV-3516 (SWK), case filed in the United States District Court for the Southern District of New York and authorized its filing and is submitting this amended certification pursuant to Judge Kram's Order of June 18, 2008.

2. Plaintiff did not purchase the security that is the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff was involved in the following transactions in the stock of Global Cash Access Holdings, Inc. ("GCA") with respect to shares purchased or otherwise acquired from September 22, 2005 to November 14, 2007: 100 shares were purchased on September 22, 2005 at $14 per share.

5. In the past three years, plaintiff has sought to serve, as a representative party on behalf of a class in an action filed under the federal securities laws: *Lowinger v. Fair Point Communications, Inc., et al.*, (D.N.C.).

6. Plaintiff will not accept payment for serving as a representative party on behalf of a class beyond plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of June, 2008.

Robert Lowinger

- 2 -