USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
In re GLOBAL CASH ACCESS HOLDINGS,    08 CV. 3516 (SWK)
INC. SECURITIES LITIGATION            **ORDER**
------------------------------------X

**SHIRLEY WOHL KRAM, U.S.D.J.**

WHEREAS on April 11, 2008, plaintiff Robert Lowinger filed a class action complaint against the defendants (the "Lowinger Complaint"); and

WHEREAS on June 6, 2008, the Court approved a stipulation (the "June 6 Stipulation") extending the defendants' time to respond to the Lowinger Complaint until July 11, 2008, and establishing a briefing schedule for any future motion to dismiss; and

WHEREAS on June 6, 2008, the defendants filed a motion to transfer venue; and

WHEREAS on June 10, 2008, Lowinger moved for appointment as lead plaintiff in the class action litigation commenced by the Lowinger Complaint; and

WHEREAS on June 10, 2008, plaintiff City of Richmond Retirement System ("Richmond") moved for appointment as lead plaintiff in the action commenced by Lowinger, and filed a related class action complaint against the defendants (the "Richmond Complaint"); and

WHEREAS on June 26, 2008, the Court issued an Opinion and Order consolidating the two actions under the caption "<u>In re Global Cash Access Holdings, Inc. Securities Litigation</u>, 08 Cv. 3516 (SWK)", appointing Richmond as lead plaintiff, and appointing Grant & Eisenhofer P.A. as lead counsel;

IT IS HEREBY ORDERED THAT

(1) The deadlines established in the June 6 Stipulation are vacated;

(2) The defendants shall not be required to respond to either the Lowinger Complaint or the Richmond Complaint;

(3) Richmond shall serve and file a response to the defendants' motion to transfer venue on or before July 16, 2008, and the defendants shall serve and file any replies in support of the motion on or before July 30, 2008;

(4) Richmond shall serve and file a Consolidated Amended Class Action Complaint on or before August 11, 2008;

(5) Upon the filing of the Consolidated Amended Class Action Complaint, the parties shall confer and file a stipulation setting forth a proposed deadline for the defendants to respond to the Consolidated Amended Class Action Complaint, and a

2

           proposed briefing schedule for any future motion to dismiss;

(6)    Any party seeking modification of this Order shall submit a written application that sets forth the reasons for the proposed alteration and indicates whether the other parties consent to the modification.

SO ORDERED.

                                                */s/ Shirley Wohl Kram*
                                                SHIRLEY WOHL KRAM
                                                UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
              June 26, 2008