UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *ROBERT LOWINGER*, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>*GLOBAL CASH ACCESS HOLDINGS, INC.; KIRK SANFORD; KARIM MASKATIYA; ROBERT CUCINOTTA; M&C INTERNATIONAL; SUMMIT PARTNERS, L.P.; GOLDMAN SACHS & CO., INC.;* and *JP MORGAN SECURITIES INC.,*<br><br>Defendants. | No. 08-CV-3516 (SWK)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 6/26/08 |

### STIPULATION AND [~~PROPOSED~~] ORDER APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL

The undersigned counsel for Plaintiff Robert Lowinger, and counsel for City of Richmond Retirement System, submit for the Court's approval the following Stipulation and Proposed Order consolidating related cases and appointing Lead Plaintiff and Lead Counsel:

WHEREAS, Plaintiff Robert Lowinger ("Lowinger") commenced this action (the "Action") by filing his Class Action Complaint on April 11, 2008;

WHEREAS, on June 10, 2008, the City of Richmond Retirement System commenced a related action before this Court against the Defendants, captioned *City of Richmond Retirement System v. Global Cash Access Holdings, Inc.*, and docketed at No. 08-CV-5317;

WHEREAS, on June 10, 2008, Mr. Lowinger moved pursuant to Section 27(a)(3)(B) of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. §77z-1(a)(3)(B), and the City of Richmond Retirement System moved pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934

("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by Section 101(a) of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for appointment as Lead Plaintiff in the Action and for approval of their selection as counsel as Lead Counsel;

WHEREAS, pursuant to this Court's Rules, any response to the competing motions for appointment as Lead Plaintiff is due by June 25, 2008, with any replies to be filed by July 2, 2008; and

WHEREAS, Mr. Lowinger and the City of Richmond Retirement System agree that that interests of judicial economy and the administration of justice would best be served by resolving the competing motions for appointment as Lead Plaintiff and designation of Lead Counsel by stipulation;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, as follows:

1. The City of Richmond Retirement System is hereby appointed Lead Plaintiff pursuant to Section 27(a)(3)(B) of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. §77z-1(a)(3)(B), and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by Section 101(a) of the PSLRA.

2. The selection by the City of Richmond Retirement System of the law firm of Grant & Eisenhofer, P.A. to serve as Lead Counsel is Approved, and Jay W. Eisenhofer, Esq., and the law firm of Grant & Eisenhofer, P.A., is hereby appointed Lead Counsel.

AGREED TO AND ACCEPTED, this 19th day of June, 2008.

GRANT & EISENHOFER, P.A.

By: _____
Jay W. Eisenhofer
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501

GRANT & EISENHOFER, P.A.
Michael J. Barry* (mbarry@gelaw.com)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 622-7065
Facsimile: (302) 622-7100

*Attorneys for The City of Richmond Retirement System*

ABRAHAM, FRUTCHER & TWERSKY, LLP

By: _____
Jeffrey S. Abraham (jabraham@aftlaw.com)
Philip T. Taylor (ptaylor@aftlaw.com)
One Penn Plaza, Suite 2805
New York, NY 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655

*Attorneys for Plaintiff Robert Lowinger*

* Not admitted to practice before this Court

The Court approves this Stipulation for the reasons stated in its June 26, 2008 Opinion and Order.

SO ORDERED:
_____
Shirley Wohl Kram
U.S. D.J.
Dated: June 26, 2008

3