UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GLOBAL CASH ACCESS HOLDINGS, INC. SECURITIES LITIGATION | No. 08-CV-3516 (SWK)<br><br>**APPEARANCE** |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Lead Plaintiff City of Richmond Retirement System.

    I certify that I am admitted to practice in this court.


Dated: July 16, 2008

s/Stuart M. Grant
Stuart M. Grant (Bar No. SG-8157)
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY  10017
Telephone:    (646) 722-8500
Facsimile:    (646) 722-8501

*Attorneys for Lead Plaintiff City of Richmond Retirement System and Lead Counsel for the Proposed Class*