Stuart M. Grant (Bar No. SG-8157)
Megan D. McIntyre
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501
*Attorneys for Lead Plaintiff and Lead Counsel for the Proposed Class*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE GLOBAL CASH ACCESS HOLDINGS, INC. SECURITIES LITIGATION | Master File No. 08 Cv. 3516 (SWK) |

### LEAD PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME TO FILE CONSOLIDATED COMPLAINT

Pursuant to this Court's Order dated June 26, 2008, Lead Plaintiff The City of Richmond Retirement System ("Lead Plaintiff") must filed its Consolidated Complaint in this action by August 11, 2008.

Lead Plaintiff, through its undersigned counsel ("Lead Counsel"), hereby respectfully requests a one-week extension of time, until August 18, 2008, to file its Consolidated Complaint. The reason for this request is that Lead Counsel's progress on the Consolidated Complaint has been delayed due to illness, and Lead Counsel believe it would be in the best interests of the proposed class for them to have an additional week to refine the Consolidated Complaint prior to filing.

This is Lead Plaintiff's first request for an extension of time to file the Consolidated Complaint. Lead Counsel have contacted counsel for defendants who have entered appearances in this case, and they have indicated that they do not oppose this request.

WHEREFORE, Lead Plaintiff respectfully requests that the Court grant it permission to file its Consolidated Complaint on or before August 18, 2008.

Date: August 7, 2008                GRANT & EISENHOFER P.A.


By: */s/ Stuart M. Grant*_____
Stuart M. Grant (SG-8157)
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501

GRANT & EISENHOFER P.A.
Megan D. McIntyre
1201 N. Market Street
Wilmington, DE 19801
Telephone: (302) 622-7020
Facsimile: (302) 622-7100

*Attorneys for Lead Plaintiff The City of Richmond Retirement System and Lead Counsel for the Proposed Class*

**CERTIFICATE OF SERVICE**

I, Stuart M. Grant, hereby certify that on August 7, 2008, the foregoing Lead Plaintiff's Application For Extension Of Time To File Consolidated Complaint was electronically filed and served via the Court's CM/ECF Filing System to all known counsel of record.

Dated:  August 7, 2008                           s/ Stuart M. Grant
                                                 Stuart M. Grant