Stuart M. Grant (Bar No. SG-8157)
Megan D. McIntyre
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone:  (646) 722-8500
Facsimile:  (646) 722-8501
*Attorneys for Lead Plaintiff and Lead Counsel for the Proposed Class*



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE GLOBAL CASH ACCESS HOLDINGS,    )    Master File No. 08 Cv. 3516 (SWK)
INC. SECURITIES LITIGATION    )

### LEAD PLAINTIFF'S APPLICATION FOR
### EXTENSION OF TIME TO FILE CONSOLIDATED COMPLAINT

Pursuant to this Court's Order dated June 26, 2008, Lead Plaintiff The City of Richmond

Retirement System ("Lead Plaintiff") must filed its Consolidated Complaint in this action by

August 11, 2008.

Lead Plaintiff, through its undersigned counsel ("Lead Counsel"), hereby respectfully

requests a one-week extension of time, until August 18, 2008, to file its Consolidated Complaint.

The reason for this request is that Lead Counsel's progress on the Consolidated Complaint has

been delayed due to illness, and Lead Counsel believe it would be in the best interests of the

proposed class for them to have an additional week to refine the Consolidated Complaint prior to

filing.

This is Lead Plaintiff's first request for an extension of time to file the Consolidated

Complaint. Lead Counsel have contacted counsel for defendants who have entered appearances

in this case, and they have indicated that they do not oppose this request.

COURTESY COPY

WHEREFORE, Lead Plaintiff respectfully requests that the Court grant it permission to

file its Consolidated Complaint on or before August 18, 2008.

Date: August 7, 2008                GRANT & EISENHOFER P.A.

By: /s/ Stuart M. Grant
Stuart M. Grant (SG-8157)
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501

GRANT & EISENHOFER P.A.
Megan D. McIntyre
1201 N. Market Street
Wilmington, DE 19801
Telephone: (302) 622-7020
Facsimile: (302) 622-7100

*Attorneys for Lead Plaintiff The City of Richmond Retirement System and Lead Counsel for the Proposed Class*

Request granted. Lead plaintiff
shall file its Consolidated
Complaint on or before August 18,
2008.

SO ORDERED.
Dated: 8/8/08        RICHARD J. SULLIVAN
                     U.S.D.J.   Part I