```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CITY OF RICHMOND RETIREMENT SYSTEM,      Case No. 08 CIV 5317
on behalf of itself and all others similarly situated,
                                         AFFIDAVIT OF SERVICE
                        Plaintiffs,

     -against-

GLOBAL CASH ACCESS HOLDINGS, INC.,
et al.,
                        Defendants.
------------------------------------X
STATE OF NEVADA    )
                   s.s.:
COUNTY OF CLARK    )
```

PATRICIA BARROWS, being duly sworn deposes and says that she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

That on the 12th day of June, 2008, at approximately 8:16 p.m., deponent served a true copy of the Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet, Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003 and 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004 upon Harry C. Hagerty III at 10308 Summit Canyon Drive, Las Vegas, Nevada by personally delivering and leaving the same with Harry C. Hagerty III, at that address, the Defendant's actual place of residence.

Harry C. Hagerty III is a white male approximately 40 years of age, stands approximately 6 feet tall, weighs approximately 180 pounds with brown hair and green eyes.

Sworn to before me this
6th day of ~~July~~, 2008.
     August

_____        _____
PATRICIA BARROWS                     NOTARY PUBLIC

CATHLEEN V. HOLMES
Notary Public State of Nevada
No. 07-3770-1
My appt. exp. June 21, 2011