```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
CITY OF RICHMOND RETIREMENT SYSTEM,           Case No. 08 CIV 5317
on behalf of itself and all others similarly situated,
                                              AFFIDAVIT OF SERVICE
                          Plaintiffs,

        -against-

GLOBAL CASH ACCESS HOLDINGS, INC.,
et al.,
                          Defendants.
----------------------------------------X
STATE OF NEVADA       )
                      s.s.:
COUNTY OF CLARK       )
```

KYLE BARNUM BLOOD, being duly sworn deposes and says that he is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

That on the 12th day of June, 2008, at approximately 4:25 p.m., deponent served a true copy of the Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet, Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003 and 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004 upon Global Cash Access Holdings, Inc. at 3525 East Post Road, Las Vegas, Nevada by personally delivering and leaving the same with Bubbles White, Senior Licensing Analyst, who informed deponent that she is authorized to accept service at that address.

Bubbles White is a Asian Female approximately 36 years of age, stands approximately 5 feet, 7 inches tall, weighs approximately 135 pounds with brown hair and brown eyes.

Sworn to before me this
24th day of June, 2008.

_____
KYLE BARNUM BLOOD

_____
NOTARY PUBLIC

CATHLEEN V. HOLMES
Notary Public State of Nevada
No. 07-3770-1
My appt. exp. June 21, 2011