```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
CITY OF RICHMOND RETIREMENT SYSTEM,           Case No. 08 CIV 5317
on behalf of itself and all others similarly situated,
                                              AFFIDAVIT OF SERVICE
                              Plaintiffs,

        -against-

GLOBAL CASH ACCESS HOLDINGS, INC.,
et al.,
                              Defendants.
----------------------------------------X
STATE OF NEVADA       )
                      s.s.:
COUNTY OF CLARK       )
```

   KEVIN R. SMITH, being duly sworn deposes and says that he is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

   That on the 19th day of June, 2008, at approximately 10:35 a.m., deponent served a true copy of the Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet, Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003 and 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004 upon Kirk Sandford at 7199 Ranchito Circle, Las Vegas, Nevada by personally delivering and leaving the same with Kirk Sandford, at that address, the Defendant's actual place of residence. At the time of service deponent asked if Kirk Sandford is in active military service for the United States or for the State in any capacity whatsoever and received a negative reply.

   Kirk Sandford is a white male approximately 40 years of age, stands approximately 6 feet, 1 inches tall, weighs approximately 160 pounds with black hair.

Sworn to before me this
____ day of July, 2008.

_____          _____
KEVIN R. SMITH                           NOTARY PUBLIC

CATHLEEN V. HOLMES
Notary Public State of Nevada
No. 07-3770-1
My appt. exp. June 21, 2011