UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
CITY OF RICHMOND RETIREMENT
SYSTEM,

                        Plaintiff(s),          CASE NO. 08 CV 5317

   -against-

GLOBAL CASH ACCESS HOLDINGS, INC.,
ET AL.,

                        Defendant(s).       **AFFIDAVIT OF SERVICE**
--------------------------------------------------------X
STATE OF NEW YORK    )
                               : S.S.
COUNTY OF NEW YORK  )

      JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

      That on the 11th day of June, 2008, at approximately 2:55 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; JUDGES' RULES; ECF FILING INSTRUCTIONS and CLASS ACTION COMPLAINT** upon Deloitte & Touche LLP at 1633 Broadway, New York, New York by personally delivering and leaving the same with John Ruffini, Senior Specialist-Office of General Counsel, who is authorized by appointment to accept service.

      John Ruffini is a white male, approximately 45 years of age, is approximately 6 feet tall, weighs approximately 160 pounds, is balding with medium length light brown hair and brown eyes and was wearing glasses.

Sworn to before me this
11th day of June, 2008

                                                         JOSEPH SANCHEZ #1155200

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010