UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
CITY OF RICHMOND RETIREMENT
SYSTEM,

                          Plaintiff(s),                     CASE NO. 08 CV 5317

-against-

GLOBAL CASH ACCESS HOLDINGS, INC.,
ET AL.,

                          Defendant(s).                   **AFFIDAVIT OF SERVICE**
---------------------------------------------------------X
STATE OF NEW YORK    )
                                 : S.S.
COUNTY OF NEW YORK  )

      CONNIE ASARO, being duly sworn, deposes and says that she is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

      That on the 11th day of June, 2008, at approximately 3:35 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; JUDGES' RULES; ECF FILING INSTRUCTIONS and CLASS ACTION COMPLAINT** upon Goldman Sachs & Co., Inc. at One New York Plaza, 37th Floor, New York, New York by personally delivering and leaving the same with Randell Fryman, Vice-President Litigation & Regulatory Proceedings, who is authorized by law to accept service.

      Randell Fryman is a white male, approximately 45 years of age, is approximately 5 feet and 11 inches tall, weighs approximately 170-180 pounds, is balding with short reddish blond hair and was wearing glasses.

Sworn to before me this
11th day of June, 2008

                                                CONNIE ASARO #1126351

MICHAEL J. KEATING
**NOTARY PUBLIC, STATE OF NEW YORK**
Reg. No. 01-KE-4851559
**Qualified in New York County**
**Commission expires February 3, 2010**