UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
CITY OF RICHMOND RETIREMENT
SYSTEM,

                        Plaintiff(s),                    CASE NO. 08 CV 5317

   -against-

GLOBAL CASH ACCESS HOLDINGS, INC.,
ET AL.,

                        Defendant(s).              **AFFIDAVIT OF SERVICE**
---------------------------------------------------------X
STATE OF NEW YORK   )
                               : S.S.
COUNTY OF NEW YORK  )

      CONNIE ASARO, being duly sworn, deposes and says that she is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

      That on the 11th day of June, 2008, at approximately 3:05 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; JUDGES' RULES; ECF FILING INSTRUCTIONS and CLASS ACTION COMPLAINT** upon J.P. Morgan Securities, Inc. at One Chase Manhattan Plaza, 20th Floor, New York, New York by personally delivering and leaving the same with Doreen Bertone, Legal Specialist III, who is authorized by appointment to accept service.

      Doreen Bertone is a white female, approximately 50 years of age, was seated at the time of service, weighs approximately 180 pounds, with medium length reddish light brown hair.

Sworn to before me this
11th day of June, 2008

                                                CONNIE ASARO #1126351

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010